# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DANNY R. WILLIAMS, JR.                                                                             PLAINTIFF

v.                                5:18CV00279-JM-JTK

DUSTY DOTSON, et al.                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

The Court certifies that an <u>in forma pauperis</u> appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 7th day of February, 2019.

                                                                                _____
                                                                                JAMES M. MOODY, JR.
                                                                                UNITED STATES DISTRICT JUDGE